UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEITH MANNING SHORT,<br><br>     Petitioner,<br>  v.<br><br>Aaron Ford, *et al.*,<br><br>     Respondents. | Case No. 3:25-cv-00319-MMD-CLB<br><br>ORDER |

  *Pro se* Petitioner Keith Manning Short filed an application for leave to file a second or successive petition with the United States Court of Appeals for the Ninth Circuit. (ECF No. 1-1 ("Application").) The Ninth Circuit found Short's Application to be unnecessary because his prior 28 U.S.C. § 2254 petitions were not adjudicated on the merits. (ECF No. 1-2.) As such, the Ninth Circuit transferred the Application to this Court to be processed as a § 2254 petition. (*Id.*) This Court conducted an initial review of the Application and directed Short to show cause on or before July 31, 2025, why it should not be dismissed with prejudice as untimely. (ECF No. 3.) Short was warned that if he did "not timely respond to this Order, the Application w[ould] be dismissed with prejudice without further advance notice." (*Id.*) To date, Short has not filed a response to the Order to Show Cause, requested an extension of time to do so, or taken any other action to prosecute this case.

  It is therefore ordered that the Application (ECF No. 1-1) is dismissed with prejudice as untimely. A Certificate of Appealability is denied, as jurists of reason would not find dismissal of the Application for the reasons stated herein to be debatable or wrong.

///

///

It is further ordered that the Clerk of Court add Nevada Attorney General Aaron D. Ford as counsel for Respondents[1] and electronically provide the Nevada Attorney General with the Application (ECF No. 1-1), this Order, and all other filings in this matter by regenerating the notices of electronic filing.

The Clerk of Court is directed to enter final judgment accordingly and close this case.

DATED THIS 6th day of August 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] No response is required from Respondents other than to respond to any orders of a reviewing court.